WILLIAM G. PIKE, Plaintiff, *v.* BALMAR CONSTRUCTION Co., INC., Defendant and Third-Party Plaintiff-Respondent. NORWOOD STEEL AND IRON WORKS, INC., Third-Party Defendant-Appellant.

Submitted January 7, 1952; decided January 10, 1952.

*Harry Schechter, Bernard Katzen* and *William H. Steiglitz* for motion.

*Harold M. Harkavy* and *Frederick M. Garfield* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM R. PATRICK DOYLE, Appellant.

Submitted January 7, 1952; decided January 10, 1952.

Motion for enlargement of time granted and case set down for argument during the first week of the February, 1952, session of the Court of Appeals. [See 303 N. Y. 670, 747; 304 N. Y. 120.]